DocuSign Envelope ID: 9A1420FA-8621-468B-9916-503BC883E969

## VERIFICATION

My name is Ravit "David" Pab, my date of birth is January 1, 1992, and my address is c/o Equal Justice Center, 510 S Congress Ave., Ste 206, Austin, TX 78704.

I declare under penalty of perjury that the foregoing factual statements are true and correct.

Executed in Clarke County, State of Georgia, on _____May 31, 2019_____.

_____

Ravit "David" Pab. Plaintiff