DocuSign Envelope ID: 9A1420FA-8621-468B-9916-503BC883E969

# CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed at <u>Jimmy's Donuts and Donut Palace</u>.

Plaintiff name: Ravit "David" Pab

Plaintiff signature: _____/s/_____

Date: __May 31, 2019__