# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
### *Dallas Division*

Ravit Pab
Plaintiff

v.

3:19-cv-01480-N
Civil Action No.

Chanveasna Som and Dany Oun Som
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Ravit Pab

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff Ravit Pab
Equal Justice Center, counsel for Plaintiff
Defendant Chanveasna Som
Defendant Dany Oun Som

| | |
|---|---|
| Date: | 6/21/2019 |
| Signature: | /s/ Christopher J. Willett |
| Print Name: | Christopher J. Willett |
| Bar Number: | 24061895 |
| Address: | 510 S. Congress Ave. Ste. 206 |
| City, State, Zip: | Austin, TX 78704 |
| Telephone: | 512-474-0007 ext. 107 |
| Fax: | 517-474-0008 |
| E-Mail: | cwillett@equaljusticecenter.org |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons