UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAVIT PAB, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 3:19-cv-1480 |
| § | |
| CHANVEASNA SOM and DANY OUN SOM, § § § | |
| § | |
| *Defendants*. § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is a Joint Motion to Dismiss with Prejudice. Having considered the motion, the Court finds that the motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Joint Motion to Dismiss with Prejudice is GRANTED.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims filed against Defendants are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE