IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAVIT PAB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No.  3:19-CV-01480-E |
| v. | § | |
| | § | |
| CHANVEASNA SOM AND | § | |
| DANY OUN SOM, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 20).  The Court **GRANTS** the motion and **ORDERS** that Plaintiff's claims are hereby dismissed with prejudice.

**SO ORDERED**.

Signed June 26, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE